Paul WINTERS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 3, 2016

Supreme Court of Delaware.

Submitted: January 20, 2016

Decided: January 26, 2016

DISMISSED.